# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

-vs-

SAUL ROBINSON

                         Defendant(s)
_____

SENTENCING GUIDELINE
ORDER

CASE NO. 05-CR-6118 CJS

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Melanie Babb |
| DEFENSE ATTORNEY | Mark Hosken |
| INTERPRETER (YES or NO) | No |
| DATE OF PLEA | January 10, 2006 |
| SENTENCING DATE | April 12, 2006 at 2:30 p.m. |
| INITIAL PSR DUE | February 26, 2006 (45 DAYS PRIOR TO SENTENCING*) |

STATEMENT OF PARTIES, AND
OBJECTIONS (IF ANY), AND
MOTIONS (IF ANY) DUE **(IF THERE
ARE NO OBJECTIONS, COUNSEL ARE
DIRECTED TO FILE A STATEMENT
INDICATING THIS)**

March 19, 2006
(24 DAYS PRIOR TO SENTENCING*)

RESPONSES TO OBJECTIONS OR
MOTIONS DUE                          March 29, 2006
                                     (14 DAYS PRIOR TO SENTENCING*)


5K1.1 APPLICATION, IF ANY, DUE
SUBMISSIONS DUE                      April 2, 2006
                                     (10 DAYS PRIOR TO SENTENCING*)

LETTERS OR SIMILAR SUBMISSIONS
DUE                                  April 2, 2006
                                     (10 DAYS PRIOR TO SENTENCING*)

FINAL PSR DUE                        April 5,  2006
                                     (7 DAYS PRIOR TO SENTENCING*)

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned.  That is, whatever the sentencing date, the time requirements apply.***

NOTE:  MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS
         PRIOR TO  ANY DEADLINE

NOTE:  IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE
         CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

         IT IS SO ORDERED.

Dated:      Rochester, New York
            January 10, 2006

                           ENTER:


                           /s/ Charles J. Siragusa
                           CHARLES J. SIRAGUSA
                           United States District Judge